Matter of Manufacturers & Traders Trust Co. (Williams) (2025 NY Slip Op 07176)

Matter of Manufacturers & Traders Trust Co. (Williams)

2025 NY Slip Op 07176

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, SMITH, AND DELCONTE, JJ.

904 CA 24-01318

[*1]MANUFACTURERS AND TRADERS TRUST COMPANY, AS TRUSTEE OF THE ROBERT S. BASSETT TRUST NUMBER 7 OF 1974, FOR THE PERIOD COVERING SEPTEMBER 7, 1983 TO OCTOBER 18, 2013, PETITIONER-RESPONDENT; IN THE MATTER OF THE INTERMEDIATE ACCOUNTING OF MANUFACTURERS AND TRADERS TRUST COMPANY, AS TRUSTEE OF THE ROBERT S. BASSETT TRUST NUMBER 7 OF 1974, FOR THE PERIOD COVERING OCTOBER 19, 2013 TO MAY 15, 2017, PETITIONER-RESPONDENT.
andSUE M. WILLIAMS, DANIEL H. WILLIAMS, IV, JENNIFER B. WILLIAMS, AMELIA J. WILLIAMS, A MINOR BY AND THROUGH HER NATURAL FATHER AND GUARDIAN DANIEL H. WILLIAMS, IV, BRODERICK D. WILLIAMS, A MINOR BY AND THROUGH HIS NATURAL FATHER AND GUARDIAN DANIEL H. WILLIAMS, IV, AND JOSEPH H. CHAPMAN, A MINOR BY AND THROUGH HIS NATURAL MOTHER AND GUARDIAN, JENNIFER B. WILLIAMS, OBJECTANTS-APPELLANTS. (APPEAL NO. 1.) 

DANIEL H. WILLIAMS, III, BUFFALO, FOR OBJECTANTS-APPELLANTS.
HODGSON RUSS LLP, BUFFALO (KEVIN M. KEARNEY OF COUNSEL), FOR PETITIONER-RESPONDENT. 

 Appeal from an order of the Surrogate's Court, Erie County (Stephen W. Cass, A.S.), entered August 1, 2024. The order, among other things, approved the fees and costs of the guardians ad litem. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed with costs for reasons stated in the decision by the Surrogate.
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court